Action by John F. Simpson against James Maguire and another. No opinion. Final order of the Municipal Court affirmed, with $10 costs and disbursements.

SLATER v. WATERSON & L. AMUSEMENT CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by James Slater against the Waterson & L. Amusement Company. No opinion. Application denied, with $10 costs. Order signed.

SMADBECK, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Louis Smadbeck against the city of Mt. Vernon. For original opinion, see 124 App. Div. 515, 109 N. Y. Supp. 70.

PER CURIAM. Motion for reargument denied, with $10 costs.

SMADBECK, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1908.) Action by Louis Smadbeck against the city of Mt. Vernon. No opinion. Motion for leave to appeal to the Court of Appeals denied.

SMITH, Respondent, v. CONEY ISLAND & B. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Ada Smith against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Appellant, v. METZGER, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Ella J. Smith against Felix Metzger. No opinion. Order affirmed, with $10 costs and disbursements.

In re SNEDECKER. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of the judicial settlement of the account of John D. Snedecker, as executor, etc., of Leffert L. Bergen, deceased. No opinion. Decree of the Surrogate's Court of Kings county (56 Misc. Rep. 92, 106 N. Y. Supp. 1038) affirmed, with costs.

SNOW, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Addie P. Snow against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial granted, with costs to abide the event, unless within 20 days plaintiff stipulates to reduce the recovery of damages to the sum of $6,000, in which event the judgment, as modified, and order, are unanimously affirmed, without costs.

SOMMERICH et al., Respondents, v. W. A. SQUIRE & CO., Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Milton S. Sommerich and others against W. A. Squire & Co. J. C. Rowe, for appellant. F. Wiener, for respondents.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

In re SPENCER'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) In the matter of the estate of Albert J. Spencer, deceased.

PER CURIAM. Order modified, in accordance with memorandum filed with the clerk, and, as so modified, affirmed, with $10 costs and disbursements, payable out of the estate. Held, that decedent, notwithstanding the fact that appellant had obtained a judicial decree of separation from him some years before his death, and that he had not since such decree contributed to her support, died "having a family" and "leaving a widow," within the meaning of section 2713 of the Code of Civil Procedure.

SPONHEIMER v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Alice M. Sponheimer against the New York City Railway Company. No opinion. Motion denied, on payment of $10 costs. Order filed.

STEARNS v. BELL et al. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by Jesse Stearns, as trustee, etc., against Elizabeth T. Bell and others. M. S. Lynch, for plaintiff. H. S. Marshall, for defendants. No opinion. Judgment affirmed, without costs. Order filed.

STEFFAN, Respondent, v. STEFFAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by Theresa Steffan against Anthony C. Steffan. No opinion. Judgment and order affirmed, with costs.

STEFFEN, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 13, 1908.) Action by Albert Steffen against Luke Smith. No opinion. Judgment and order affirmed, with costs.

STEPHENS et al., Respondents, v. NEW YORK, O. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by John J. Stephens and others against the New York, Ontario & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not sitting.

STERN v. INGRAHAM. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Jules P. Stern against D. Phenix Ingraham. No opinion. Application granted. Order signed.

STEUERWALD, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Ac-

tion by Charles B. Steuerwald, as agent, etc., against William Fox and another. No opinion. Final order of the Municipal Court reversed on argument, and new trial ordered, with costs to abide the event.

STEWART, Respondent, v. STEWART, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Emma B. Stewart against William J. Stewart. H. C. Kayser, for appellant. E. F. Stern, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SULLIVAN, Appellant, v. MERCANTILE NAT. BANK OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by Jeremiah J. Sullivan against the Mercantile National Bank of New York. H. D. Cohen, for appellant. W. V. Rowe, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SWAN, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1908.) Action by Ira P. Swan, as administrator, etc., of William E. Swan, deceased, against James Harold Warner. No opinion. Judgment and order unanimously affirmed, with costs.

SWAN, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Ira P. Swan, as administrator, etc., of William E. Swan, deceased, against James Harold Warner. No opinion. Motion denied.

SWAYZE v. NEW YORK & OHIO COAL CO. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by Wilbur F. Swayze against the New York & Ohio Coal Company. No opinion. Motion granted. Order to be submitted.

TANNENBAUM, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by Minnie R. Tannenbaum against the city of New York. H. L. Mansfield, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

TEMPLE, Appellant, v. DEGNON–McLEAN CONTRACTING CO., Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by William H. Temple against the Degnon-McLean Contracting Company. P. Mitchell, for appellant. C. A. Baker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

TENCH v. SAN PEDRO GOLD MINING CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Frederick Tench against the San Pedro Gold Mining Company. From an order granting defendant's motion to vacate warrants of attachment, plaintiff appeals. Reversed, and amount specified in the attachment reduced. William L. Wemple, for appellant. Horace E. Parker, for respondent.

PER CURIAM. The order should be reversed, and the amount specified in the attachment reduced to $579.74. No costs in this court to either party.

In re TEPLITZ. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) In the matter of the application of A. Charles Teplitz for admission to the bar. No opinion. Application granted.

THOMPSON, Respondent, v. HUDSON BUILDING, Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Bessie G. Thompson against the Hudson Building. F. X. Sullivan, for appellant. W. H. Black, for respondent. No opinion. Order affirmed, without costs. Order filed.

THOMPSON, Respondent, v. SHAW, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by William J. Thompson against Archibald W. Shaw. No opinion. Order affirmed, with $10 costs and disbursements.

T. H. SIMONSON & CO., Appellant, v. STERNBERG et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by T. H. Simonson & Co. against John C. M. Sternberg and others. No opinion. Judgment affirmed, with costs.

TILLMAN v. RAYNER. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by Martin Tillman against Willis A. Rayner, as executor, etc., of Andrew E. Rayner, deceased. No opinion. Motion denied.

TISCIONS v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Giovanbatistta Tiscions against the Brooklyn Heights Railroad Company. No opinion. Motion granted, with $10 costs. Order filed.

TOOKER, Respondent, v. SIEGEL–COOPER CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. May 8, 1908.) Action by Emeline F. Tooker against the Siegel-Cooper Company, impleaded with others. B. G. Paskus, for appellant. R. M. Moore, for respondent. No opinion. Judgment affirmed, with costs, on the opinion (55 Misc. Rep. 68, 106 N. Y. Supp. 277) of Leventritt, J., at Special Term. Order filed.

TOWER, Respondent, v. TOWER, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1908.) Action by Mary B. Tower against Albert E. Tower. No opinion. Order affirmed, with $10 costs and disbursements.